UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SAVINO DEL BENE U.S.A., INC.,                    :
                                                 :                    1:23-cv-8165-ER
                      Plaintiff,                 :
                                                 :
      - against -                                :
                                                 :
PURCELL MURRAY BUILDER SALES     :                    **DEFAULT JUDGMENT**
COMPANY INC. A/K/A PURCELL        :
MURRAY COMPANY INC.; PURCELL      :
MURRAY APPLIANCE SERVICE AND      :
PARTS COMPANY; PURCELL MURRAY:
LOGISTICS CORPORATION,            :
                                  :
                      Defendants.  :
--------------------------------------------------------X

This action having been commenced on September 15, 2023 by the filing of the Complaint

and the Summons being issued on September 21, 2023, and a copy of the Summons and Complaint

having been personally served on the defendant, PURCELL MURRAY COMPANY INC., on

September 25, 2023 by delivering a copy of said Summons and Complaint to Virginia San Felipe,

the Accounts Payable Supervisor of defendant, and a proof of service having been filed on October

11, 2023 and the defendant not having answered the Complaint, and the time for answering the

Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Plaintiff, SAVINO DEL BENE U.S.A.,

INC. shall recover the sum of $544,383.76 against Defendant, PURCELL MURRAY COMPANY

INC. This Judgment shall bear interest at the statutory rate of 5.33% per year, for which let

execution issue herewith.

DATED:___8/14/24_____
          New York, New York


                                                      _____
                                                      EDGARDO RAMOS
                                                      United States District Judge